IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEVIN BRANDIS PUGH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CLARKE COUNTY, ALABAMA, ) <br> ) <br> Defendant. ) | CASE NO. 2:25-cv-27-MHT-JTA <br><br> (WO) |

## **ORDER**

Because Pugh has conveyed a desire to object to the February 10, 2025 Recommendation of the Magistrate Judge (Doc. No. 7), but his purported objection was stricken by the court (*see* Doc. No. 11), for good cause, it is *sua sponte* ORDERED that the deadline for objections is EXTENDED to March 25, 2025.

DONE this 4th day of March, 2025.

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE