IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DEVIN BRANDIS PUGH,         )
                            )
    Plaintiff,              )
                            )        CIVIL ACTION NO.
    v.                      )          2:25cv27-MHT
                            )              (WO)
CLARKE COUNTY, ALABAMA,     )
                            )
    Defendant.              )
```

### ORDER

Upon examination of the record, it is not clear that the plaintiff received a copy of the United States Magistrate Judge's April 10, 2025, report and recommendation (Doc. 20), which was returned to the court by the U.S. Postal Service. *See* Returned Mail (Doc. 23). Accordingly, it is ORDERED that:

(1) The deadline for objections to the report and recommendation is extended to June 24, 2025.

(2) The clerk of court is directed to mail a copy of the report and recommendation (Doc. 20) to the plaintiff along with this order.

DONE, this the 3rd day of June, 2025.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**