IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DEVIN BRANDIS PUGH,           ) | |
|                               ) | |
|     Plaintiff,      ) | |
|                               ) | CIVIL ACTION NO. |
|     v.              ) | 2:25cv27-MHT |
|                               ) | (WO) |
| CLARKE COUNTY, ALABAMA,    ) | |
|                               ) | |
|     Defendant.      ) | |

**ORDER**

This cause is now before the court on plaintiff's motion to proceed on appeal in forma pauperis (Doc. 43). The court previously construed plaintiff's notice of appeal (Doc. 35) as containing a motion to proceed on appeal in forma pauperis, denied the motion, and, pursuant to 28 U.S.C. § 1915(a), certified plaintiff's appeal as not taken in good faith. *See* Order (Doc. 38).* Plaintiff's new motion to proceed on appeal in

---

* In that order (Doc. 38), the court noted that it was unsure whether plaintiff intended to file an appeal in this still-open case. However, the plaintiff subsequently filled out and filed a transcript order

forma pauperis provides no basis for a different result.  Indeed, it contains no explanation at all.

Accordingly, it is ORDERED that plaintiff's second motion to proceed on appeal in forma pauperis (Doc. 43) is denied for the same reasons stated in the court's order (Doc. 38) denying the prior construed motion.

DONE, this the 3rd day of July, 2025.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**

---

form using the civil action number for this case.  *See* Transcript Order Form (Doc. 42).  Accordingly, the court concludes that plaintiff does intend to pursue an interlocutory appeal in this case.