IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DEVIN BRANDIS PUGH,           )
                              )
    Plaintiff,                )
                              )
    v.                        )   CIVIL ACTION NO.
                              )     2:25cv27-MHT
                              )        (WO)
CLARKE COUNTY, ALABAMA,       )
                              )
    Defendant.                )
```

                            ORDER

It is ORDERED that:

(1) Plaintiff's third motion to proceed on appeal in forma pauperis (Doc. 48) is denied for the same reasons stated in the court's order (Doc. 38) denying the prior construed motion.

(2) Plaintiff's motions to appoint counsel for purposes of appeal (Doc. 47 and Doc. 48) are denied.

DONE, this the 11th day of July, 2025.

                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE