IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DEVIN BRANDIS PUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:25cv27-MHT |
| | ) | (WO) |
| CLARKE COUNTY, ALABAMA, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

Plaintiff filed this case asserting that the defendant county violated his rights under the Americans with Disabilities Act and Title VI of the Civil Rights Act of 1964 due to its lack of an adequate public transportation system.  This case is before the court on the recommendation of the United States Magistrate Judge that this action be dismissed without prejudice.  Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court concludes

that the objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of August, 2025.

                                 /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**