IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DEVIN BRANDIS PUGH,          )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )      2:25cv27-MHT
                             )          (WO)
CLARKE COUNTY, ALABAMA,      )
                             )
    Defendant.               )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 35) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 20) is adopted.

(3) This lawsuit is dismissed without prejudice for failure to pay the filing fee, failure to prosecute, and failure to comply with court orders.

No costs are taxed.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 28th day of August, 2025.

                            /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**